In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00021-CR**
_____

**WESLEY JACOB JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 25864**

**MEMORANDUM OPINION**

In an open plea, appellant Wesley Jacob Jones pleaded guilty to the offense of repeated violation of court order or condition of bond. *See* Tex. Penal Code Ann. § 25.072. After conducting a sentencing hearing, the trial court found Jones guilty of the offense of repeated violation of court order or condition of bond and assessed Jones's punishment at five years of confinement.

Jones's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See*

1

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On April 27, 2022, we granted an extension of time for Jones to file a *pro se* brief. We received no response from Jones.

We have independently reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. *See id.* Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on August 1, 2022
Opinion Delivered August 10, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.

---

[1]Jones may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.1.